**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 18, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00587-CV
_____

### IN RE T.M.T., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-04475JA**

---

## MEMORANDUM OPINION

On October 18, 2021, relator T.M.T., mother in the underlying suit, filed a petition for writ of mandamus, and has since filed a second amended petition in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the second amended petition, relator asks this Court to compel the Honorable Leah Shapiro, presiding judge of the 315th District Court of Harris County, to vacate several orders signed by the trial court: (1) Order of mistrial signed August 30,

2021; (2) Order to retain suit on court's docket and set a new dismissal date following a mistrial signed on August 30, 2021; and (3) Order to disqualify attorney signed May 25, 2021.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.